FILED

AUG 30 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _WESTERN_ DISTRICT OF TEXAS
## _DEL RIO_ DIVISION

_Steve Cherry  53316_
Plaintiff's Name and ID Number

_Idaho State Correctional Center_
Place of Confinement

# DR21CV0046

CASE NO._____
(Clerk will assign the number)

v.

_MailRoom Shift - Eagle pass, texas_
Defendant's Name and Address

_Eagle pass Corr. fac. P.O. Box 849_
Defendant's Name and Address

_Eagle pass, texas 78853_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  **PREVIOUS LAWSUITS:**

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_YES___NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: MARCH 2010

   2.  Parties to previous lawsuit:
      Plaintiff(s) CHERRY SKUV
      Defendant(s) HIGGINS

   3.  Court: (If federal, name the district; if state, name the county.) US DIST Court - BOISE, IDAHO

   4.  Cause number: 16-35921   DC. No. 3:10 CV-271

   5.  Name of judge to whom case was assigned: Boyle

   6.  Disposition: (Was the case dismissed, appealed, still pending?) DISMISSED Appeal

   7.  Approximate date of disposition: MARCH 16, 2017

page 2. A.   1. previous lawsuits  cont-

1. Approximate date of filing suit: may 2019

2. parties to previous suit--

   Plaintiff  Cherry

   Defendants - b4o group Inc, VILLANUEVA, BANDA, SANCHEZ, CHAVARRIA

3. U.S. District court - western District - Del Rio Division

4. USDC   2:19 - CV 051  Am- VRLA

5. magistrate Judge Garcia   Judge Moses

6. Appeal pending  5th cir.   no.  21- 50296

7. June, 2021


1. Approximate date of filing suit: may 2019

2. parties to previous suit:

   Plantiff: Cherry

   Defendants - Rona Siegert , Jacque Dohn

3. U.S. District Court - Idaho

4. USDC  1:19 - CV. 00 223 - CWD

5. District Judge  Winmill   - magistrate Judge C. Dale

6. Appeal pending   9th circuit   21- 35551

III. plaintiff and Eagle pass Staff —

Prior to plaintiff leaving Eagle pass Corr. Fac. and Returning to Idaho Had numerous Conversation, Answered - Inmate Concern forms, and After plaintiff Return to Idaho, Additional - inmate concern forms "Answered" As well As Exchanging letters - Between plaintiff, Case manager Coranado, ms Ruiz - mailroom Supervision and ms Garcia - designated paralegal - Library Assistant.

However, plaintiff did Send A Grievance / Appeal form on August 28, 2019 Accompanies with A letter to Case manager Mr. Coronado and Grievance Coordinator the Grievance Has not Been "Answered".

But, letters and inmate concern forms were.

So I'm Sending the Court 1. Copies

Grievance form and two Accompaning letters

All three dated   August 28, 2019

**IDAHO DEPARTMENT OF CORRECTION**
**Grievance/Appeal Form**

☒ **Grievance**

Offender's Name: _CHERRY    Steve_    IDOC Number: _53316_

Institution, Housing Unit, & Cell: _ISCI    unit 7    D 33_    Date: _8-28-19_

| For Administrative Use | |
|---|---|
| Facility: _____ | Grievance Number: _____ |
| Date Collected: _____ | Grievance Category: _____ |

Date Forwarded to Offender's Previous Facility: _____
Name of Previous Facility: _____
Date Forwarded to Responder: _____

Level 1 Responder's Name: _____   Date Due: _____   Received: _____
Level 2 Responder's Name: _____   Date Due: _____   Received: _____
Final Grievance Decision: _____   Date Sent to Offender: _____

| Offender Section |
|---|

The problem is: _On August 7th - 8th I gave Staff my legal Brief with attachments_
_To Be photocopied and mailed to the Idaho Supreme Court (active case)_
_for whatever reason my copies of the Brief has never been Returned_
_But a copy of the attachments were. I was assured By ms. Ruiz and_
_ms. garcia my Brief was mailed._

I have tried to solve this problem informally by: _Verbal conversations, concern forms,_
_letters/notes with ms. garcia my coronade, unit officers, and ms. Ruiz_
_prior to leaving EP my concern has not Been answered_

I suggest the following solution for the problem: _Locate and Send copies of my_
_Brief, in order that I can monitor Records of my litigation in the_
_courts_

Offender's signature: _Steve Cherry_    * See attached note!

☐ **Appeal**    Date: _____

I am appealing the grievance for the following reason(s):

Offender's signature: _____

Appendix B
316.02.01.001
(Appendix last updated 2/14/12)

Dear Mr Coronado                    August 28, 2019

follow up to my latest "Conversation" and Conversations
while still at Eagle pass : without any prior notice
do to Security Reasons, and inability to further discuss
with you, Regarding the following issue.

I was awaken at midnight August 21st and Brought
Back to Idaho for further Cancer testing and treatment

Sir, I'm writing you in Regards to my time sensitive
Legal Brief that was given to Staff to Be photocopied,
Logged, and mailed to the Idaho Supreme Court, on or
About August 7th-8th.

Including our Conversation and your Help to find my
Copies of the Brief. I'm Hoping you Have found these
Copies and Can forward them to me, At the Address Below.

Mr. Coronado, if you Recall you were Very Helpful in
the past in finding my lost Legal documents

In addition, for my Records, will you please see that
the attached Grievance and note gets passed on to the
Grievance Coordinator. (In the past she worked with
Mr. Reyes)

Once Again, thank you for your Assistance


                              Steve Cherry "53316
              COPY            ISCI unit 7 D 33
                              P.O. Box 14
                              Boise, Idaho 83707

note Accompaning Grievance : August 28, 2019


Dear Grievance Coordinator :

please Be Advised, I am unable, At this time to provide you with Copies, Dates or Evidence, other than Verbal/written Verification.

Regarding answers to the "Offender Section" of my grievance.

I was denied the Right to Bring any and All personal, and legal material, with me on transfer Back to Idaho.

I was promised By the warden my property would Be Shipped later that day August 21st, to date I have not Recieved that material in order to provide you Exact Dates and method of Exhaustion

                        Steve Cherry #53316
                        ISCI unit 7 D33
                        P.O. Box 14
                        Boise, Idaho 83707

P.S. please advise me, of any further Requirements, or any thing I need to Do to Assist you in my Grievance. Because of the unusual Circumstances of me Being At a Different facility.

                        thank you !

COPY

II.   PLACE OF PRESENT CONFINEMENT: _Idaho State Corr Center Po Box 70010 Boise Idaho_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    **X** YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _Idaho State Correctional Center_
_Po Box 70010_
_Boise, Idaho 83707_

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Mailroom Staff - Mr. Ruiz, Eagle Pass Corr. fac._
_P.O. Box 849 Eagle pass, Texas 78853 ... Explain Further in Complaint!_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Mailroom Staff, failed to mail plaintiff filing to the Idaho Supreme Court_

Defendant #2: _Jane and John Does 1-10 - Eagle pass Corr. fac_
_P.O. Box 849 Eagle pass, Texas 78853 (Explain)_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Explain further in Complaint - Exposing who is at fault_

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attached ... Defendants - Complaint - Exhibits

Defendants failed to process and mail plaintiffs "Brief"
to the Texas Supreme Court - who went dismissing plaintiffs
Case.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Serve Defendants, process to Jury Trial

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

0

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

0

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?     ____YES _X_NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: **8-5-21**
        DATE

                                 *STEVE CHERRY*
                                      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____**5th**_____ day of __*August*__, 20 __**21**__.
               (Day)                (month)          (year)

                                   *STEVE CHERRY*
                                      (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**