AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

STEVE A. CHERRY,
Plaintiff,

v.

MR. RUIZ; JANE/JOHN DOE 1-10,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-21-CV-0046-AM-CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Finding no error, the Court ADOPTS Judge White's Report and Recommendation, (ECF No. 7) and DENIES the Plaintiffs motion to proceed in forma pauperis. (ECF No. 2.) Further, the case is DISMISSED WITHOUT PREJUDICE for failure to pay the applicable filing fee.

| 05/11/2022 | | Jeannette J. Clack |
|---|---|---|
| Date | | Clerk |
| | | *J. Sanchez* |
| | | (By) Deputy Clerk |